# United States District Court Violation Notice

**CVB Location Code:** MY-TO

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7073456 | P. Storm | 54264 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1:58 PM, 01/14/2017
**Offense Charged:** State Code — MTR 21-707c
**Place of Offense:** F ST AND BROOKLEY AVE, JOINT BASE ANDREWS, MD 20762
**Offense Description / Factual Basis for Charge:** FAILURE TO STOP AT STOP SIGN AT NEAREST POINT OF APPROACHING TRAFFIC VIEW.

### DEFENDANT INFORMATION

**Last Name:** WILLIAMS
**First Name:** TY
**M.I.:** R

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 1CT3494 | MD | 2014 | Hyundai Accent | | Blue |

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**Forfeiture Amount:** $90
**Processing Fee:** +$30
**PAY THIS AMOUNT → Total Collateral Due:** $120

**YOUR COURT DATE:** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

CVB SCAN FEB 24, 2017 10:20
7073456

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on JANUARY 14, 2017 while exercising my duties as a law enforcement officer in the JOINT BASE ANDREWS District of PRINCE GEORGES COUNTY, MD, WHILE WATCHING THE INTERSECTION OF F ST AND BROOKLEY AVE, I OBSERVED A BLUE IN COLOR HYUNDAI ACCENT FAIL TO STOP AT THE STOP SIGN. I INITIATED A TRAFFIC STOP AND SAW THE CAR DISPLAYED MD TAGS 1CT3494. I MADE CONTACT WITH THE DRIVER, INTRODUCED MYSELF, ID'D THE DRIVER AS, AND INFORMED TY WILLIAMS OF THE INFRACTION AND ISSUED THE CITATION.

WITNESSED BY SrA BROCKETT, JORDAN

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 01/14/2017  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN FEB 24, 2017 10:20